**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO.  26-13566** |
| **CELIA M. PEW AND ALEXANDER** | ) | **CHAPTER 13** |
| **E. METCALF** | ) | |
| **DEBTORS** | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  2256 ELLIOTT ISLAND RD, VIENNA, MD 21869 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******8819**

NOW COMES Wells Fargo Bank, N.A., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr., Winston-Salem, NC 27103
MDBKR@brockandscott.com

Wells Fargo Bank, N.A.
11625 N. Community House Rd
Charlotte, North Carolina 28277

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, N.A. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

26-11294 BKPOC01

 

RESPECTFULLY SUBMITTED,


/s/  /s/ M. Christine Maggard
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

26-11294 BKPOC01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  April 7, 2026            , the following persons were served a copy of the Notice of Appearance in the manner described below:

Via CM/ECF electronic notice:

Maurice Belmont VerStandig, Esq.
9812 Falls Road
#114-160
Potomac, MD 20854
*Counsel for Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

Via First Class Mail:

Celia M. Pew
114 W. Church Street
Frederick, MD 21701

Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701
*Debtor*

/s/  /s/ M. Christine Maggard
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

26-11294 BKPOC01