**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:                                                                           Case No. 26-13566-MCR

CELIA M. PEW and ALEXANDER E. METCALF
    Debtor                                                                  Chapter 13

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Gregory Mullen and the law offices of Aldridge Pite, LLP hereby enter their appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 c/o Select Portfolio Servicing, Inc. ("Creditor"), in the above-captioned case related to the property located at 114 W Church St, Frederick, MD 21701 and the loan number ending ******8722 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Gregory Mullen
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
GMullen@aldridgepite.com

Respectfully Submitted,

Dated: ___04/07/2026____                         _____/s/ Gregory C. Mullen_____
                                                                         Gregory Mullen, MD Fed. Bar No. 29635
                                                                         Aldridge Pite, LLP
                                                                         6001 Executive Blvd, Ste 200
                                                                         Rockville, MD 20852
                                                                         P: 301-961-6555
                                                                         GMullen@aldridgepite.com
                                                                         *Attorney for the Creditor*

## CERTIFICATE OF SERVICE

    I hereby certify that on this April 10, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, ecf@ch13md.com
Maurice Belmont VerStandig, Email: mac@mbvesq.com

                            _____/s/ Gregory C. Mullen_____
                            Gregory Mullen, *Attorney for the Creditor*

000368-196114-P