United States Bankruptcy Court

District of Maryland

In re:                                                                                                    Case No. 26-13566-MCR

Celia M. Pew                                                                                      Chapter 13

Alexander E. Metcalf

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0                             User: admin                                     Page 1 of 1

Date Rcvd: Apr 17, 2026                     Form ID: pdfall                               Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander E. Metcalf, 114 W. Church Street, Frederick, MD 21701-5411 |
| db | + | Celia M. Pew, 114 W. Church Street, Frederick, MD 21701-5411 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory Christopher Mullen | bkecfinbox@aldridgepite.com  gregory.c.mullen@gmail.com,gmullen@aldridgepite.com,gmullen@ecf.courtdrive.com |
| Mary Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 4

Entered: April 17th, 2026
Signed: April 17th, 2026

**SO ORDERED**

Debtors shall show cause as set forth below or file all required documents by May 1, 2026.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **26–13566 – MCR**     Chapter: **13**

**Celia M. Pew and**
**Alexander E. Metcalf**
Debtors

## ORDER TO SHOW CAUSE
## WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated April 2, 2026, the above–captioned debtor was admonished to file:

☑ Chapter 13 Plan

☑ Certificate of Mailing Plan to all creditors

☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income

☑ Summary of Assets and Liabilities, and Declaration Concerning Debtor's Schedules

☑ Statement of Financial Affairs

☐ Other:

within fourteen (14) days. The debtor has failed to comply with the notice. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Greenbelt Division, 6500 Cherrywood Lane, Ste. 300, Greenbelt, Maryland 20770 why this case should not be dismissed, pursuant to 11 U.S.C. § 1307(c), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc:    Debtor
       Attorney for Debtor – Maurice Belmont VerStandig
       Case Trustee – Rebecca A. Herr

### End of Order

39x01 (rev. 04/01/2022) – JosephChandler