Label Matrix for local noticing
0416-0
Case 26-13566
District of Maryland
Greenbelt
Tue Apr 21 21:29:09 EDT 2026

U.S. Bank Trust Company, National Associatio
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH
SUITE 225
SAN DIEGO, CA 92108-3808

Wells Fargo Bank, N.A.
11625 N. Community House Rd
Charlotte, NC 28277-1581

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Amex
PO Box 981537
El Paso, TX 79998-1537

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMCB Card Services
PO Box 15369
Wilmington, DE 19850-5369

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T BANK
PO BOX 1508
BUFFALO, NEW YORK 14240-1508

Security Public Storage
396 Prospect Blvd
Frederick, MD 21701-6469

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256-0505

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Transp. Econ & Mgmt Sy
114 E Church St
Frederick, MD 21701-5404

Wells Fargo Bank NA
PO Box 393
Minneapolis, MN 55480-0393

Wfbna Hl
PO Box 10335
Des Moines, IA 50306-0335

Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701-5411

Celia M. Pew
114 W. Church Street
Frederick, MD 21701-5411

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
Attn: Bankruptcy
PO Box 15019
Wilmington, DE 19886-5019

M & T Bank
M&T Bank, Attn: Bankruptcy
PO Box 4627
Buffalo, NY 14240-4627

(d)M & T Bank
PO Box 900
Millsboro, DE 19966-0900

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Bank of America
PO Box 982238
El Paso, TX 79998-2238

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22