**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:                                                    Case No.: 26-13566-MCR

CELIA M. PEW

ALEXANDER E. METCALF                    Chapter: 13

---

### **OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

COMES NOW, U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 C/O Select Portfolio Servicing, Inc. ("Creditor"), by and through counsel, and files this objection to the Chapter 13 Plan (the "Plan") (ECF No. 14) filed by Celia M. Pew and Alexander E. Metcalf (the "Debtors") on or about April 21, 2026, and as reasons therefor respectfully represents as follows:

1.      Creditor is a mortgage lender/servicer.

2.      On or about April 2, 2026, the Debtors filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code (the "Petition") (ECF No. 1). Rebecca A. Herr is the Chapter 13 Trustee of the Debtor bankruptcy estate (the "Trustee").

3.      Creditor holds a Deed of Trust solely secured by the Debtors' real property located in Frederick County, and improved by their principal residence known as 114 W Church St, Frederick, MD 21701 (the "Property").

4.      On or about April 21, 2026, the Debtor filed the Plan. The Plan (presumably) treats Creditor in Section 9. The Plan allows for six (6) months to sell the Property after confirmation of the Plan (the "Treatment"). Creditor objects to the Treatment.

5.      The Plan fails to provide any alternative treatment for pre-petition arrears owed to Creditor other than sale of the Property. The Debtor does not provide for any adequate protection payments while the Property is being marketed for sale. The Plan requires the Movant or the Trustee to take additional action should the Property not be sold within the six (6) month timeframe. The Plan is not in the interest of judicial economy. The Plan should be amended to include surrender after the timeframe for selling expires.

AP#: *000368-196114-P*

6.      The deadline to file a proof of claim is June 11, 2026. Creditor has not yet filed its proof of claim but anticipates filing a proof of claim that will include prepetition arrears of approximately $123,433.47.[1]

7.      Debtor's Plan is underfunded to support secured claims, and is therefore not confirmable.

10.     Creditor does not oppose denial of the Plan with leave to amend or continuance, as proper for disposition and processing of this matter.

WHEREFORE, the Creditor its successors and/or assigns prays that this Court:

1.      Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

2.      Grant such other and further relief as necessary.

Respectfully Submitted,

Dated:  _April 27, 2026___

_____ */s/ Gregory C. Mullen*_____
Gregory Mullen, Esq.
MD Fed. Bar No. 29635
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852
P: (301) 961-6555, F: (301) 961-6545
*Counsel for the Creditor*

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection to Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee                    Maurice Belmont VerStandig, Esq.

I hereby further certify that on this 27th day of April, 2026, a copy of the Objection to Chapter 13 Plan was also mailed first class mail, postage prepaid, to:

Celia M. Pew
114 W. Church Street
Frederick, MD 21701

Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701

_____ */s/ Gregory C. Mullen*_____
Gregory Mullen, *Counsel for the Creditor*

---

[1] The Court should consider this objection as an informal proof of claim for the purposes of noticing the Debtors and the Debtors' estate as to the existence and extent of Creditor's claim against the Property.

AP#: *000368-196114-P*