**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

IN RE:
CELIA M. PEW                                          Case No. 26-13566
ALEXANDER E. METCALF
    *Debtors*

_____

Wells Fargo Bank, N.A.
    *Claimant,*                                          Chapter 13

v.

CELIA M. PEW
ALEXANDER E. METCALF
*Debtors/Respondent(s)*

_____

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

Upon review of the Objection to Confirmation of Chapter 13 Plan filed herein by Wells Fargo Bank, N.A., it is hereby,

ORDERED, that confirmation of the Chapter 13 Plan be and hereby is DENIED with leave to amend.

1

cc:

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Debtor*

Celia M. Pew
114 W. Church Street
Frederick, MD 21701

Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701
*Debtors*

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

Andrew Spivack
Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
*Counsel for Claimant*

**END OF ORDER**