IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Case No. 26-13566 |
| | ) | (Chapter 13) |
| Celia M. Pew, and | ) | |
| Alexander E. Metcalf | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Christianna A. Cathcart as counsel for Celia M. Pew and Alexander E. Metcalf, the debtors herein, and serve all pleadings and court papers upon undersigned counsel.

Respectfully Submitted,

Dated: May 4, 2026        By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Belmont Firm
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.

1