**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

IN RE:

**CELIA M. PEW**                                           Case No.  **26-13566-MCR**
**ALEXANDER E. METCALF**                    Chapter 13

                     Debtors

**NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS**

The Section 341 Meeting of Creditors has been continued to  **June 25, 2026 at 12:00 pm**.

The meeting of creditors will be held by Video: www.zoom.us/join, Telephone #: 1-667-406-0794, Meeting ID: 879-999-1048, Passcode: 1203282023.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT . ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT WITHIN TEN (10) DAYS OF THE DATE OF THIS NOTICE OR THE MEETING WILL NOT BE CONDUCTED.

June 09, 2026                                        /s/ REBECCA A. HERR
                                                              REBECCA A. HERR
                                                              185 ADMIRAL COCHRANE DR.
                                                              SUITE 240
                                                              ANNAPOLIS, MD  21401
                                                              RHERR@CH13MD.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June , 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Continuance will be  served electronically by the Court's CM/ECF system on the following:

Christianna Annette Cathcart  christianna@dcbankruptcy .com
(Debtor(s) Counsel)

Maurice Belmont VerStandig  mac@mbvesq.com,
lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
(Debtor's Counsel)

I hereby further certify that on the 9th day of June , 2026, a copy of the Notice of Continuance was also mailed first class mail, postage prepaid to:

CELIA M. PEW
ALEXANDER E. METCALF
114 W. CHURCH STREET
FREDERICK, MD  21701
Debtors

                                                              /s/ REBECCA A. HERR
                                                              REBECCA A. HERR
                                                              Chapter 13 Trustee