**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Choose an item.

| | |
|---|---|
| **In re:** | |
| **Celia M. Pew and Alexander E. Metcalf** | **Case Number:** ___26-13566___ |
| _____, | |
| **Debtor.** | **Chapter 13** |

**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN**

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1.      (Select A, B, or C):

_____    A.      PLAN FILED WITH PETITION.  This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix.

_____    B.      AMENDED PLANS ONLY INCREASING PAYMENTS:   The amended Chapter 13 plan [filed herewith OR filed on _____, 20___] , makes no changes from the last previously-filed plan other than to increase the amount payable under the plan.   In such event, no service is required.

__X__    C.      ALL OTHER PLANS:   This is to certify that on July 3rd, 2026, I caused

(i)      the Chapter 13 plan filed herewith; and

(ii)      if applicable, the Order Denying Confirmation with Leave to Amend dated _N/A_____, 20___ [if (ii) is not applicable, place "N/A" in the blank];

to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list.  (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2.      *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

_____    I caused the Chapter 13 plan [filed herewith OR filed on _____, 20 _____] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate

motion) under plan paragraph 5.1 or 5.3.  State address served and method of service.    See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.    Attach separate sheets or repeat this paragraph for each such creditor served.

Name of Creditor:
Person Served:

Title/Position:
Address:

City, State Zip:
Method of Service:
Date Served:

Select A or B for the above-named creditor:

_____   A.    A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan.  I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

_____   B.    No proof of claim has been filed for the lien or claim at issue.

3.    _____    Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan. ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

_____    This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.

Dated: July 3rd, 2026                         /s/ Christianna A. Cathcart
                                              *Counsel for the Debtors*

Label Matrix for local noticing
0416-0
Case 26-13566
District of Maryland
Greenbelt
Fri Jul  3 12:58:27 EDT 2026

U.S. Bank Trust Company, National Associatio
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH
SUITE 225
SAN DIEGO, CA 92108-3808

U.S. Bank Trust Company, National Associatio
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852-3831

Wells Fargo Bank, N.A.
11625 N. Community House Rd
Charlotte, NC 28277-1581

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Amex
PO Box 981537
El Paso, TX 79998-1537

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMCB Card Services
PO Box 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T BANK
PO BOX 1508
BUFFALO, NEW YORK 14240-1508

M&T BANK
PO BOX 1508
Buffalo NY 14240-1508

Security Public Storage
396 Prospect Blvd
Frederick, MD 21701-6469

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256-0505

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Transp. Econ & Mgmt Sy
114 E Church St
Frederick, MD 21701-5404

Wells Fargo Bank NA
PO Box 393
Minneapolis, MN 55480-0393

Wells Fargo Bank, N.A.,
Attn: Bankruptcy Department
MAC N9286-01Y,
Default Document Processing,
P.O. Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wfbna Hl
PO Box 10335
Des Moines, IA 50306-0335

Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701-5411

Celia M. Pew
114 W. Church Street
Frederick, MD 21701-5411

Christianna Annette Cathcart
The Belmont Firm
1050 Connecticut Ave NW
Ste 500
Washington, DC 20036-5304

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                  M & T Bank                        (d)M & T Bank
Attn: Bankruptcy                 M&T Bank, Attn: Bankruptcy         PO Box 900
PO Box 15019                     PO Box 4627                       Millsboro, DE 19966-0900
Wilmington, DE 19886-5019        Buffalo, NY 14240-4627
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Bank of America               End of Label Matrix
PO Box 982238                    Mailable recipients    29
El Paso, TX 79998-2238           Bypassed recipients     1
                                 Total                  30
```