**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Celia M. Pew and Alexander E. Metcalf,<br>        *Debtor's* | Case No. 26-13566 |
| Wells Fargo Bank, N.A.,<br>        *Claimant*<br><br>vs.<br><br>Celia M. Pew and Alexander E. Metcalf,<br>        *Debtor's* | Chapter 13 |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Comes Now, Wells Fargo Bank, N.A., (hereinafter "Claimant"), by and through counsel, files this Objection to Confirmation of Chapter 13 Plan pursuant to 11 U.S.C. § 1325, generally, and Fed. R. Bankr. Proc. Rule 3015(f), and in support, respectfully represents as follows:

1.      Jurisdiction is based on 28 U.S.C. § 1334(e) and 11 U.S.C. § 1324(a).

2.      On or about April 2, 2026, Celia M. Pew and Alexander E. Metcalf (hereinafter "Debtors") filed a petition under Chapter 13 of the United States Bankruptcy Code.

3.      Claimant is a secured claimant with respect to the subject Property.

4.      On or about May 20, 2026, Claimant timely filed a proof of claim (Claim No. 6) indicating pre-petition arrears of $3,942.60 and approximate total debt of $95,299.78.

5.      Debtor's Chapter 13 Plan (Doc. No. 21) ("Plan"), dated July 3, 2026, lists pre-petition arrears owed to Claimant in the amount of $2,065.99.  *Chapter 13 Plan*, ¶ 4.6.2.  This figure is inaccurate.

1

6.      Claimant objects to the extent that the Plan fails to provide for a full cure of the pre-petition default on its secured claim.  11 U.S.C. § 1322(b)(5).

7.      Claimant does not oppose the entry of an Order Denying Chapter 13 Plan With Leave to Amend or a continuance of the confirmation hearing to provide time for Debtors to submit amendments to the Plan consonant with the Claimant's secured claim.

Wherefore, the Claimant and its assigns, pray that this Court:

1.      Enter an order denying confirmation of the Chapter 13 Plan; or,

2.      In the alternative, require the Debtors to file an amended Chapter 13 Plan in accordance with Claim No. 6 within a reasonable period of time; and

3.      Grant such other and further relief as may be just and necessary.

Respectfully Submitted,

Date:  July 14, 2026

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Kimberly A. Wilson, MD Fed Dist. No. 32146
Joshua McGlone, MD Fed Dist. No. 32147
Brandon Perloff, MD Fed Dist. No. 32148
Mario Hanyon, MD Fed Dist. No. 32163
Mary F. Balthasar, MD Fed Dist. No. 32211
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the <u>14th day of July, 2026</u>, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Objection to Confirmation of Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Chapter 13 Trustee

Christianna Annette Cathcart, Debtor's Attorney

I hereby further certify that on the <u>14th day of July, 2026</u>, a copy of the Objection to Confirmation of Chapter 13 Plan was also mailed first class mail, postage prepaid to:

Celia M. Pew
114 W. Church Street
Frederick, MD 21701

Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Kimberly A. Wilson, MD Fed Dist. No. 32146
Joshua McGlone, MD Fed Dist. No. 32147
Brandon Perloff, MD Fed Dist. No. 32148
Mario Hanyon, MD Fed Dist. No. 32163
Mary F. Balthasar, MD Fed Dist. No. 32211
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com