UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                                          CASE NO.: 26-13566
                                                                          CHAPTER 13

Celia M. Pew,
  Debtor.

Alexander E. Metcalf,
  Joint Debtor.

_____/

## REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Chetan Gopal
    Chetan Gopal
    Email: cgopal@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CELIA M. PEW
114 W. CHURCH STREET
FREDERICK, MD 21701

ALEXANDER E. METCALF
114 W. CHURCH STREET
FREDERICK, MD 21701

And via electronic mail to:

THE BELMONT FIRM
1050 CONNECTICUT AVE NW, STE 500
POTOMAC, MD 20854

REBECCA A. HERR
CHAPTER 13 TRUSTEE
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401

By: /s/ Angela Zuelke