**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

IN RE:                                      Case No. 26-13566
Celia M. Pew
Alexander E. Metcalf
Debtors                                    Chapter 13

_____

## NOTICE OF VOLUNTARY WITHDRAWAL OF OBJECTION TO PLAN CONFIRMATION

COMES NOW, Wells Fargo Bank, N.A., its successors and/or assigns, by and through counsel, hereby withdraws, without prejudice, its Objection to Plan Confirmation (Doc. No. 17) filed herein against Debtors Celia M. Pew and Alexander E. Metcalf.

Respectfully submitted,

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Kimberly A. Wilson, MD Fed Dist. No. 32146
Joshua McGlone, MD Fed Dist. No. 32147
Brandon Perloff, MD Fed Dist. No. 32148
Mario Hanyon, MD Fed Dist. No. 32163
Mary F. Balthasar, MD Fed Dist. No. 32211
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Withdrawal will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Chapter 13 Trustee

Maurice Belmont VerStandig, Debtor's Attorney

I hereby further certify that on the 28th day of July, 2026, a copy of the Withdrawal was also mailed first class mail, postage prepaid to:

Celia M. Pew
114 W. Church Street
Frederick, MD 21701

Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Kimberly A. Wilson, MD Fed Dist. No. 32146
Joshua McGlone, MD Fed Dist. No. 32147
Brandon Perloff, MD Fed Dist. No. 32148
Mario Hanyon, MD Fed Dist. No. 32163
Mary F. Balthasar, MD Fed Dist. No. 32211
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

2