**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

IN RE:
Celia M. Pew,
&
Alexander E. Metcalf,
   Debtor(s).          Case No. 26-13566

---

Select Portfolio Servicing, Inc. as servicing   Chapter 13
agent for U.S. Bank Trust Company, National
Association, as Trustee, as
successor-in-interest to U.S. Bank National
Association, not in its individual capacity but
solely as indenture trustee, for the holders of
the CIM Trust 2020-R2, Mortgage-Backed
Notes, Series 2020-R2
   Movant

vs.

Celia M. Pew,
&
Alexander E. Metcalf,
   Debtor(s)

---

## MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 114 WEST CHURCH STREET, FREDERICK, MARYLAND 21701

COMES NOW Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust

Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National

Association, not in its individual capacity but solely as indenture trustee, for the holders of the

CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 (hereinafter "Movant"), its

assigns and/or its successors in interest, by and through counsel, moves for relief from the

automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and

Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows:

1.  Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy

Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§

105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2.  On or about April 2, 2026, Celia M. Pew and Alexander E. Metcalf (hereinafter

"Debtor"), filed a voluntary petition in this Court under Chapter 13 of the United States

Bankruptcy Code.

3. Rebecca A. Herr is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy

estate.

4.  At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of

real estate located in Frederick County, Maryland, and improved by a residence known as **114

West Church Street, Frederick, Maryland 21701** (hereinafter the "Property").

5. Movant is a secured creditoro of the Debtor and the Movant's interest is evidenced by

a Note dated December 7, 2005, and executed by Alexander E. Metcalf and Celia M. Pew, in

the original principal amount of $980,000.00, with interest at the original note rate of 6.700%.

As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the note is attached hereto.

6. Said note is secured by a certain Deed of Trust also dated December 7, 2005, and

recorded in the land records of Election District Frederick County, Maryland, related to the

subject Property. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the deed

of trust is attached hereto.

7.  Movant now seeks relief from the automatic stay against the Debtor pursuant to 11

U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.  Maryland Local Bankr. Rule 4001-1(b)(5).

8.  A statement of Debtor's accrued post-petition payment arrears, required by Maryland Local Bankr. Rule 4001-1(b) (2), is as follows: (a) May 1, 2026 through July 1, 2026 payments of $6,954.70 each for a subtotal of $20,864.10; (b) Movant has incurred attorney fees  and filing cost associated with the present motion.

9.  A statement of Debtor's accrued pre-petition payment arrearage, required by Maryland Local Bankr. Rule 4001-1(b) (2), is as follows. The total pre-petition arrearage is $127,253.12. A more detailed statement of pre-petition debt is contained in Claim No. 8-1 dated June 11, 2026.

10.  As of July 20, 2026, a detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b)(1), is itemized as follows:

| | |
|---|---|
| Principal Balance | $5,761.38 |
| Interest 07/20/2026 | $0.00 |
| Escrow Advance Balance | $41,256.77 |
| Total Fees | $103.54 |
| ACCUM Late Charges | $879.52 |
| Recoverable Balance | $4,283.58 |
| Total: | $52,284.79 |

This statement of debt is not equivalent to a verified payoff statement.  If you wish to receive a verified payoff statement you must request one directly from the lender.

11.  Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

12.  Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property. Maryland Local Bankr. Rule 4001-1(b)(7).

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1.  Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 114 West Church Street, Frederick, Maryland 21701, and to allow successful purchaser to obtain possession of same; and

2.  Grant such other and further relief as may be just and necessary.

Respectfully submitted,

*/s/  Chetan Gopal*_____
Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on ___August 4, 2026___, the following persons were served a copy of the foregoing Motion in the manner described below:

*Via* First Class Mail, Postage Prepaid**:**

Celia M. Pew &
Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701
***Debtor(s)***

*Via* CM/ECF Electronic Notice:

Christianna Annette Cathcart
The Belmont Firm
1050 Connecticut Ave NW
Ste 500
Washington, DC 20036
***1st Counsel for Debtor***

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
***2nd Counsel for Debtor***

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
***Chapter 13 Trustee***

/s/_Chetan Gopal_____
Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com

*Counsel for Movant*