**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Celia M. Pew,<br>&<br>Alexander E. Metcalf,<br>　　　　Debtor(s). | Case No. 26-13566 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2<br>　　　　Movant<br><br>vs.<br><br>Celia M. Pew,<br>&<br>Alexander E. Metcalf,<br>　　　　Debtor(s) | Chapter 13 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING THEREON

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 (hereinafter "Movant"), and its assigns, by and through counsel, has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a), to enable it to obtain an order granting relief from the automatic stay against the property located at:

**114 West Church Street, Frederick, Maryland 21701**

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one.

If you do not want the Court to grant the motion for relief from automatic stay, or if you want the Court to consider your views on the motion, then by __August 18, 2026___, you or

your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Chetan Gopal, Esquire
Robertson Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
*Counsel for Movant*

**The hearing is scheduled for   August 27, 2026 at 10:00 AM  , in   Courtroom 3-C, United States Bankruptcy Court, Federal Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date:  8/4/2026

Respectfully submitted,

*/s/    Chetan Gopal*
Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___August 4, 2026___, the following parties were served a copy of the foregoing notice in the manner described below:

*Via* First Class Mail, Postage Prepaid:

Celia M. Pew &
Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701
***Debtor(s)***

*Via* CM/ECF Electronic Notice:

Christianna Annette Cathcart            Rebecca A. Herr
The Belmont Firm                        Chapter 13 Trustee
1050 Connecticut Ave NW                 185 Admiral Cochrane Dr.
Ste 500                                 Suite 240
Washington, DC 20036                    Annapolis, MD 21401
***1st Counsel for Debtor***            ***Chapter 13 Trustee***

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
***2nd Counsel for Debtor***


    ___/s/ Chetan Gopal_____
    Chetan Gopal