United States Bankruptcy Court
District of Maryland

In re: Case No. 26-13566-MCR
Celia M. Pew Chapter 13
Alexander E. Metcalf
Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Aug 12, 2026 Form ID: pdfall Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/db | + | Celia M. Pew, Alexander E. Metcalf, 114 W. Church Street, Frederick, MD 21701-5411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Chaitanya Gopal | cgopal@raslg.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Gregory Christopher Mullen | bkecfinbox@aldridgepite.com gregory.c.mullen@gmail.com,gmullen@aldridgepite.com,gmullen@ecf.courtdrive.com |
| Mary Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Maurice Belmont VerStandig | |

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Rebecca A. Herr
ecf@ch13md.com

TOTAL: 7

Entered: August 12th, 2026

Signed: August 11th, 2026

**SO ORDERED**

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Greenbelt

In re: Case No.: **26–13566 – MCR** Chapter: **13**

**Celia M. Pew and**
**Alexander E. Metcalf**
Debtors

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN WITH LEAVE TO AMEND

Having held a hearing on the Chapter 13 Plan proposed by the Debtor and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor is denied; and it is further

ORDERED, that the Debtor is granted leave to file an amended Plan on or before **August 31, 2026;** and it is further

ORDERED, that if an Amended Plan is timely filed and served on all creditors and parties in interest, the hearing on confirmation of the Amended Plan shall take place on **October 6, 2026, at 10:00 a.m., in Virtual Courtroom (contact case trustee for hearing information);** and it is further

**ORDERED, that if an Amended Plan is timely filed, the Debtor/Counsel shall mail: (1) a copy of this Order, and (2) the Amended Plan to all creditors and parties requesting notice, and shall file with the court a certificate of service by the date set for filing the Amended Plan;** and it is further

ORDERED, that if within the time granted for amendment the Debtor does not file an Amended Plan, or if this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. § 1307(c)(5) without further notice or hearing.

cc: Debtor
Attorney for Debtor – Maurice Belmont VerStandig
Case Trustee – Rebecca A. Herr

**End of Order**