**Fill in this information to identify your case:**

Debtor 1: Celia M. Pew
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): Alexander E. Metcalf
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): 0:26-bk-13566

☒ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| 2256 Elliott Island Rd , Vienna, MD 21869 Dorchester County Line from *Schedule A/B*: 1.2 | $219,000.00 | ☒ $31,575.00 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(2) |
| 2016 Jeep Gr Cheroke 45228 miles Line from *Schedule A/B*: 3.1 | $17,830.00 | ☒ $12,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(6) |
| 19-foot river boat with outboard motor, used Line from *Schedule A/B*: 4.1 | $750.00 | ☒ $750.00 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Household goods and furnishings located at Frederick residence, including furniture (sofas, tables, chairs, beds, storage items), lighting, outdoor furniture, kitchenware, tableware, linens, and miscellaneous household goods; all items used and of ordinary quality, primarily acquired 25?33 years ago; no antiques or high-value items Line from *Schedule A/B*: 6.1 | $3,000.00 | ☒ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Celia M. Pew
Debtor 2 Alexander E. Metcalf
Case number (if known) 0:26-bk-13566

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Household goods and furnishings located at Frederick residence, including furniture (sofas, tables, chairs, beds, storage items), lighting, outdoor furniture, kitchenware, tableware, linens, and miscellaneous household goods; all items used and of ordinary quality, primarily acquired 25?33 years ago; no antiques or high-value items<br>Line from *Schedule A/B*: 6.1 | $3,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Household goods and furnishings located at Elliott Island residence, including furniture, lighting, kitchenware, tableware, and miscellaneous household goods; all items used and of ordinary quality.<br>Line from *Schedule A/B*: 6.2 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Consumer electronics, including cellular phones (Apple iPhone 12 mini and Samsung phone), televisions (LG and Sony flat screens), audio equipment (Bose systems), computer equipment (Dell computer with monitor), printers, scanner, shredder, and related accessories; all items used, of mixed age (approximately 10?30+ years old), and of ordinary quality.<br>Line from *Schedule A/B*: 7.1 | $350.00 | ☒ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Sports and hobby equipment, including golf clubs, bicycles, and photography equipment; all items used and of ordinary quality.<br>Line from *Schedule A/B*: 9.1 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Baratta shotgun<br>Line from *Schedule A/B*: 10.1 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Wearing apparel, including everyday women?s and men?s clothing (shirts, slacks, sweaters, shoes, boots), older clothing items (some over 25 years old), and men?s business attire (suits, blazers, dress shirts, ties, and tuxedo); all items used and of ordinary quality.<br>Line from *Schedule A/B*: 11.1 | $1,575.00 | ☒ $1,575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Jewelry, including two wedding rings, women?s gold chain with opal pendant, men?s gold wristwatch with leather strap, stainless steel cufflinks, and gold cufflinks and tuxedo studs; all items used and of ordinary quality<br>Line from *Schedule A/B*: 12.1 | $750.00 | ☒ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Celia M. Pew
Debtor 2 Alexander E. Metcalf
Case number (if known) 0:26-bk-13566

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| One domestic shorthair cat (black), approximately 15 years old<br>Line from *Schedule A/B*: 13.1 | $1.00 | ☒ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $52.00 | ☒ $52.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Bank of America (2406)<br>Line from *Schedule A/B*: 17.1 | $174,446.68 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Bank of America (3557)<br>Line from *Schedule A/B*: 17.2 | $124,270.86 | ☒ $4,622.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| Capital Group (9960)<br>Line from *Schedule A/B*: 21.1 | $17,120.05 | ☒ $17,120.05<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |
| Athene Annuity (8446)<br>Line from *Schedule A/B*: 21.2 | $378,694.70 | ☒ $378,694.70<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |
| Athene Annuity (8120)<br>Line from *Schedule A/B*: 21.3 | $400,429.41 | ☒ $400,429.41<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |
| Capital Group (9770)<br>Line from *Schedule A/B*: 21.4 | $8,536.01 | ☒ $8,536.01<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |
| Capital Group (5750)<br>Line from *Schedule A/B*: 21.5 | $32,891.54 | ☒ $32,891.54<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |
| Capital Group (9133)<br>Line from *Schedule A/B*: 21.6 | $60,568.51 | ☒ $60,568.51<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |
| Nationwide Annuity (4658)<br>Line from *Schedule A/B*: 21.7 | $118,533.52 | ☒ $118,533.52<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Celia M. Pew
Debtor 2 Alexander E. Metcalf
Case number (if known) 0:26-bk-13566

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Office equipment and supplies, including HP all-in-one printer/copier/scanner (approximately 15 years old), desk organizers, trays, staplers, and miscellaneous office supplies (paper products, envelopes, folders); all items used and of minimal value. Line from *Schedule A/B*: 39.1 | $75.00 | ☒ $75.00 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Celia M. Pew
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse if, filing): Alexander E. Metcalf
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): 0:26-bk-13566

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ____________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

Signed by: Celia M. Pew
D8645BC89DEA40F...

X /s/ Celia M. Pew
Celia M. Pew
Signature of Debtor 1
8/31/2026

Date August 31, 2026

Signed by: Alexander E. Metcalf
184AE5ECF828466...

X /s/ Alexander E. Metcalf
Alexander E. Metcalf
Signature of Debtor 2
8/31/2026

Date August 31, 2026



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| **In re:**<br><br>**Celia M. Pew & Alexander E. Metcalf,**<br><br>**Debtors.** | **Case Number: 0:26-bk-13566**<br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart