**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re:<br><br>Celia M. Pew and Alexander E. Metcalf,<br><br>Debtors. | No. 26-13566<br><br>Chapter 13 |

**DECLARATION IN SUPPORT OF DEBTORS' APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE TEAMS, LLC THROUGH J.B POWELL**

1. My name is J.B Powell, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am a real estate agent licensed by the State of Maryland, holding license number 35102, and I have practiced full time in Frederick County, Maryland for approximately twenty-five years.

3. I am affiliated with Real Estate Teams, LLC, with its principal office at 617 West Patrick Street, Frederick, Maryland 21701, the broker of record for which is Roland Castle (Maryland license number 4545).

4. I have previously been affiliated with Long & Foster and with RE/MAX, in each instance in Frederick, Maryland. During my approximately twenty-five years of practice in Frederick County, I have listed and sold residential properties, historic homes, and farms.

5. Celia M. Pew and Alexander E. Metcalf (the "Debtors") have asked that Real Estate Teams, LLC, through me as the listing agent, provide brokerage services for the real property

known as 114 West Church Street, Frederick, Maryland 21701 (the "Property"), and I am willing to do so upon the terms set forth in the application to which this declaration is appended.

6. I served as both the listing agent and the selling agent in connection with the Debtors' purchase of the Property, which transaction closed on October 31, 2000, for a purchase price of $725,000. Following the pre-settlement walkthrough conducted in connection with that transaction, I had no further involvement with the Property and no business relationship with the Debtors until Ms. Pew contacted me in connection with the proposed sale of the Property in this bankruptcy case. Since that contact, I have conducted a walkthrough of the Property and discussed with Ms. Pew the condition of the Property, comparable sales, potential marketing strategies, and the anticipated sale process. I disclose that prior engagement out of an abundance of caution; I am owed nothing on account of it, and I hold no interest of any kind in the Property.

7. Except as set forth in the immediately preceding paragraph, I represent no other person in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an insider of any debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of any debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, any debtor, or for any other reason. Further, I hold no interest adverse to the interest of any debtor.

8. Except for the prior engagement disclosed in paragraph 6, I have no connection with the debtor, the debtors' creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

**9.** Under the proposed listing arrangement, the total brokerage commission payable upon the closing of a sale of the Property will be five percent (5.0%) of the gross sales price. The contemplated commission will be divided between the listing brokerage and any cooperating buyer's broker in accordance with the listing agreement and applicable brokerage arrangements. Neither I nor Real Estate Teams, LLC will charge the Debtors or the estate the $495.00 administrative or broker compliance fee that my brokerage would ordinarily assess; that charge will be borne by me in the event a sale closes.

10. I understand and agree that the brokerage commission is payable only from the proceeds of a sale of the Property approved by the Court, that no commission is earned unless and until such a sale closes, and that any compensation payable in connection with the engagement remains subject in all respect to the review and approval of the United States Bankruptcy Court for the District of Maryland.

11. I have not received, and have not been promised, any retainer, and neither I nor Real Estate Teams, LLC is owed any amount by the Debtors in connection with the proposed engagement as of the date of this declaration. Other than the customary allocation of brokerage compensation between Real Estate Teams, LLC, me, and any cooperating buyer's broker, I have no agreement with any other person or entity to share compensation received in connection with this engagement.

12. Based upon my approximately twenty-five years of experience in the Frederick County real estate market, I believe the proposed five-percent brokerage commission is reasonable for an engagement of this nature.

13. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, J.B Powell, pursuant to Section 1746 of Title 28 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: 26 September 2026, 12:12 PM - By: J B Powell