IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re: ) | Case No. 26-13566 |
| ) | (Chapter 13) |
| Celia M. Pew and Alexander E. Metcalf ) | |
| ) | |
| Debtors. ) | |
| ) | |

**ORDER GRANTING DEBTORS' APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE BROKERAGE PROFESSIONALS J.B. POWELL AND REAL ESTATE TEAMS, LLC**

Upon consideration of the Debtors' Application to Approve Employment of Real Estate Brokerage Professionals J.B. Powell and Real Estate Teams, LLC (the "Application"), the lack of objections thereto, any arguments adduced at any hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Application be, and hereby is, GRANTED as set forth herein; and it is further

ORDERED, that the Debtors be, and hereby are, authorized to employ Real Estate Teams, LLC, through its licensed real estate agent J.B. Powell, to market and assist in the sale of the real property known as 114 West Church Street, Frederick, Maryland 21701 (the "Property"), effective as of the date the Application was filed; and it is further

ORDERED, that no commission, fee, expense reimbursement, or other charge shall be paid to J.B. Powell or to Real Estate Teams, LLC absent further order of this Court; and it is further

ORDERED, that neither J.B. Powell nor Real Estate Teams, LLC shall charge the Debtors or the estate the $495.00 broker compliance fee referenced in the Application, and that, to the extent any provision of the listing agreement between the Debtors and Real Estate Teams, LLC is inconsistent with the Application or with this Order, this Order shall control.

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. MD 32178
The Belmont Firm, LLC
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtors*

cc:

Christianna A. Cathcart, Esq., The Belmont Firm, 1050 Connecticut Avenue, NW, Suite 500, Washington, DC 20036
Maurice B. VerStandig, Esq. (via CM/ECF)
Celia M. Pew and Alexander E. Metcalf, 114 West Church Street, Frederick, Maryland 21701
Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Drive, Suite 240, Annapolis, Maryland 21401
Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770
J.B. Powell, Real Estate Teams, LLC, 617 West Patrick Street, Frederick, Maryland 21701
Chetan Gopal, Esq., Counsel for Select Portfolio Servicing, Inc. (via CM/ECF)

END OF ORDER