IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-13566 |
| | ) | (Chapter 13) |
| Celia M. Pew and Alexander E. Metcalf | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF DEBTORS' APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE BROKERAGE PROFESSIONALS J.B. POWELL AND REAL ESTATE TEAMS, LLC**

NOTICE IS HEREBY GIVEN that Celia M. Pew and Alexander E. Metcalf (the "Debtors") have filed an application to employ Real Estate Teams, LLC, through its licensed real estate agent J.B. Powell, to provide brokerage services in connection with the proposed sale of the real property known as 114 West Church Street, Frederick, Maryland 21701 (the "Application").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then ON OR BEFORE OCTOBER 26, 2026, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection. A copy of the objection should be served on the undersigned. If an objection is filed, the Court may act on such objection with or without a hearing, at its discretion. If no objections are filed, the Court may approve the Application without further notice.

Respectfully submitted,

Dated: September 30, 2026 By: /s/ Christianna A. Cathcart

Christianna A. Cathcart, Esq.
Bar No. MD 32178
The Belmont Firm, LLC
1050 Connecticut Ave NW, Ste. 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all parties receiving electronic notice herein, and that a copy was further sent by first-class mail, postage prepaid, to the Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770, and to all creditors and parties in interest on the mailing matrix attached hereto.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.

Label Matrix for local noticing
0416-0
Case 26-13566
District of Maryland
Greenbelt
Fri Jul 3 12:58:27 EDT 2026

U.S. Bank Trust Company, National Associatio
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH
SUITE 225
SAN DIEGO, CA 92108-3808

U.S. Bank Trust Company, National Associatio
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852-3831

Wells Fargo Bank, N.A.
11625 N. Community House Rd
Charlotte, NC 28277-1581

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

Amex
PO Box 981537
El Paso, TX 79998-1537

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMCB Card Services
PO Box 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T BANK
PO BOX 1508
BUFFALO, NEW YORK 14240-1508

M&T BANK
PO BOX 1508
Buffalo NY 14240-1508

Security Public Storage
396 Prospect Blvd
Frederick, MD 21701-6469

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256-0505

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Transp. Econ & Mgmt Sy
114 E Church St
Frederick, MD 21701-5404

Wells Fargo Bank NA
PO Box 393
Minneapolis, MN 55480-0393

Wells Fargo Bank, N.A.,
Attn: Bankruptcy Department
MAC N9286-01Y,
Default Document Processing,
P.O. Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wfbna Hl
PO Box 10335
Des Moines, IA 50306-0335

Alexander E. Metcalf
114 W. Church Street
Frederick, MD 21701-5411

Celia M. Pew
114 W. Church Street
Frederick, MD 21701-5411

Christianna Annette Cathcart
The Belmont Firm
1050 Connecticut Ave NW
Ste 500
Washington, DC 20036-5304

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
Attn: Bankruptcy
PO Box 15019
Wilmington, DE 19886-5019

M & T Bank
M&T Bank, Attn: Bankruptcy
PO Box 4627
Buffalo, NY 14240-4627

(d)M & T Bank
PO Box 900
Millsboro, DE 19966-0900

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Bank of America
PO Box 982238
El Paso, TX 79998-2238

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 29 |
| Bypassed recipients | 1 |
| Total | 30 |