**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:
CELIA M. PEW and
ALEXANDER E. METCALF
Debtor

Case No. 26-13566-MCR

Chapter 13

---

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 c/o Select Portfolio Servicing, Inc. ("Movant"), by and through counsel, and hereby withdraws, without prejudice, its Objection to Confirmation of Debtor's Proposed Chapter 13 Plan filed on April 27, 2026 (DE # 16).

Respectfully Submitted,
**Aldridge Pite, LLP**

Dated: _October 6, 2026__

_______*/s/ Gregory C. Mullen*_________
Gregory Mullen, 29635
Aldridge Pite, LLP
6001 Executive Blvd, Ste 200
Rockville, MD 20852
P: (301) 961-6555, F: (301) 961-6545
GMullen@aldridgepite.com
*Counsel for the Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Withdrawal of Objection will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr

Maurice Belmont VerStandig, Esq.

__________*/s/ Gregory C. Mullen*________
Gregory Mullen, *Counsel for the Movant*