United States Bankruptcy Court
District of Maryland

In re:
Celia M. Pew
Alexander E. Metcalf
Debtors

Case No. 26-13566-MCR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Oct 27, 2026 Form ID: pdfall Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celia M. Pew, 114 W. Church Street, Frederick, MD 21701-5411 |
| r | + | J.B. Powell, Real Estate Teams, LLC, 617 West Patrick Street, Frederick, MD 21701-4027 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Oct 27 2026 23:02:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Chaitanya Gopal | cgopal@raslg.com |
| Christianna Annette Cathcart | |

| | |
|---|---|
| | christianna@dcbankruptcy.com |
| Gregory Christopher Mullen | bkecfinbox@aldridgepite.com gregory.c.mullen@gmail.com,gmullen@aldridgepite.com,gmullen@ecf.courtdrive.com |
| Mary Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 7

Entered: October 27th, 2026
Signed: October 26th, 2026

**SO ORDERED**

No opposition filed.

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-13566 |
| | ) | (Chapter 13) |
| Celia M. Pew and Alexander E. Metcalf | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING DEBTORS' APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE BROKERAGE PROFESSIONALS J.B. POWELL AND REAL ESTATE TEAMS, LLC**

Upon consideration of the Debtors' Application to Approve Employment of Real Estate Brokerage Professionals J.B. Powell and Real Estate Teams, LLC (the "Application"), the lack of objections thereto, any arguments adduced at any hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Application be, and hereby is, GRANTED as set forth herein; and it is further

ORDERED, that the Debtors be, and hereby are, authorized to employ Real Estate Teams, LLC, through its licensed real estate agent J.B. Powell, to market and assist in the sale of the real property known as 114 West Church Street, Frederick, Maryland 21701 (the "Property"), effective as of the date the Application was filed; and it is further

ORDERED, that no commission, fee, expense reimbursement, or other charge shall be paid to J.B. Powell or to Real Estate Teams, LLC absent further order of this Court; and it is further

ORDERED, that neither J.B. Powell nor Real Estate Teams, LLC shall charge the Debtors or the estate the $495.00 broker compliance fee referenced in the Application, and that, to the extent any provision of the listing agreement between the Debtors and Real Estate Teams, LLC is inconsistent with the Application or with this Order, this Order shall control.

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. MD 32178
The Belmont Firm, LLC
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtors*

cc:

Christianna A. Cathcart, Esq., The Belmont Firm, 1050 Connecticut Avenue, NW, Suite 500, Washington, DC 20036
Maurice B. VerStandig, Esq. (via CM/ECF)
Celia M. Pew and Alexander E. Metcalf, 114 West Church Street, Frederick, Maryland 21701
Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Drive, Suite 240, Annapolis, Maryland 21401
Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770
J.B. Powell, Real Estate Teams, LLC, 617 West Patrick Street, Frederick, Maryland 21701
Chetan Gopal, Esq., Counsel for Select Portfolio Servicing, Inc. (via CM/ECF)

END OF ORDER