Entered: October 30th, 2026

Signed: October 29th, 2026

**SO ORDERED**

Maria Ellena Chavez-Ruark

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| In re:<br><br>CELIA M. PEW and ALEXANDER E. METCALF,<br><br>Debtors. | Case Number: 26-13566-MCR<br>(Chapter 13) |

ORDER GRANTING DEBTORS' MOTION SEEKING
APPOINTMENT OF GUARDIAN AD LITEM

Celia M. Pew ("Ms. Pew") and Alexander E. Metcalf ("Mr. Metcalf," and with Ms. Pew, the "Debtors") filed a Chapter 13 Voluntary Petition on April 2, 2026 [ECF No. 1]. On September 25, 2026, the Debtors filed a Motion to Appoint Celia M. Pew as Limited Guardian Ad Litem of Alexander E. Metcalf for Purposes of this Case [ECF No. 33] (the "Motion"). The Motion explains that Mr. Metcalf suffers from long-standing health conditions, including worsening memory issues, which significantly impair his ability to prosecute this case. Accordingly, the Motion requests that Ms. Pew, Mr. Metcalf's wife, be appointed as guardian ad litem to assist with the prosecution of the Debtors' bankruptcy case. There has been no response to the Motion.

Upon consideration of the Motion, and the Court finding sufficient cause to grant the relief requested it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is granted, as set forth herein; and it is further

ORDERED, that Celia M. Pew is appointed as Mr. Metcalf's guardian ad litem solely for the purposes of prosecuting this bankruptcy case on Mr. Metcalf's behalf; and it is further

ORDERED, that Ms. Pew's appointment as Mr. Metcalf's guardian ad litem pursuant to this Order shall terminate upon the earliest of the time this bankruptcy case is closed, the time this bankruptcy case is dismissed, or the time the Debtors are granted a discharge; and it is further

ORDERED, that counsel to the Debtors is instructed to promptly provide a copy of this Order to Ms. Pew.

cc: Debtors – Celia M. Pew and Alexander E. Metcalf
Debtor's Counsel – Maurice Belmont VerStandig and Christianna Annette Cathcart
Chapter 13 Trustee – Rebecca A. Herr
Office of the United States Trustee
All creditors and parties in interest

**END OF ORDER**