United States Bankruptcy Court
District of Maryland

In re:
Celia M. Pew
Alexander E. Metcalf
Debtors

Case No. 26-13566-MCR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: pdfall Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Celia M. Pew, Alexander E. Metcalf, 114 W. Church Street, Frederick, MD 21701-5411 |
| r | + | J.B. Powell, Real Estate Teams, LLC, 617 West Patrick Street, Frederick, MD 21701-4027 |
| cr | + | U.S. Bank Trust Company, National Association, as, Aldridge Pite, LLP, 6001 Executive Blvd, Ste 200, Rockville, MD 20852-3831 |
| cr | + | U.S. Bank Trust Company, National Association, as, ALDRIDGE PITE, LLP, 3333 CAMINO DEL RIO SOUTH, SUITE 225, SAN DIEGO, CA 92108 UNITED STATES 92108-3808 |
| 33217545 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33217550 | + | Security Public Storage, 396 Prospect Blvd, Frederick, MD 21701-6469 |
| 33217553 | | Transp. Econ & Mgmt Sy, 114 E Church St, Frederick, MD 21701-5404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 30 2026 23:32:00 | U.S. Bank Trust Company, National Association, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Oct 30 2026 23:31:41 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, NC 28277-1581 |
| 33250465 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 23:30:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 33217541 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 23:31:12 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 33217540 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 23:31:28 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 33217543 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 30 2026 23:31:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 33217542 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 30 2026 23:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 33217544 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2026 23:30:55 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 33217546 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2026 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33217547 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2026 23:31:26 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 33248487 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 30 2026 23:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 33217549 | | Email/Text: camanagement@mtb.com | Oct 30 2026 23:33:00 | M & T Bank, M&T Bank, Attn: Bankruptcy, PO Box 4627, Buffalo, NY 14240-4627 |
| 33217548 | | Email/Text: camanagement@mtb.com | Oct 30 2026 23:33:00 | M & T Bank, PO Box 900, Millsboro, DE |

| | | | | |
|---|---|---|---|---|
| | | | | 19966-0900 |
| 33278733 | + | Email/Text: camanagement@mtb.com | Oct 30 2026 23:33:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 33227258 | + | Email/Text: camanagement@mtb.com | Oct 30 2026 23:33:00 | M&T BANK, PO BOX 1508, BUFFALO, NEW YORK 14240-1508 |
| 33217552 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2026 23:33:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 33217551 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2026 23:33:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 33287046 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2026 23:33:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33217554 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 30 2026 23:31:06 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |
| 33263734 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 30 2026 23:31:26 | Wells Fargo Bank, N.A.,, Attn: Bankruptcy Department, MAC N9286-01Y,, Default Document Processing,, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 33256766 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Oct 30 2026 23:31:40 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 33217555 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 30 2026 23:31:29 | Wfbna Hl, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Chaitanya Gopal | cgopal@raslg.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |

| | |
|---|---|
| Gregory Christopher Mullen | bkecfinbox@aldridgepite.com gregory.c.mullen@gmail.com,gmullen@aldridgepite.com,gmullen@ecf.courtdrive.com |
| Mary Christine Maggard | christine.maggard@brockandscott.com wbecf@brockandscott.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 7

Entered: October 30th, 2026
Signed: October 29th, 2026

**SO ORDERED**

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| In re:<br><br>CELIA M. PEW and ALEXANDER E. METCALF,<br><br>Debtors. | Case Number: 26-13566-MCR<br>(Chapter 13) |

ORDER GRANTING DEBTORS' MOTION SEEKING
APPOINTMENT OF GUARDIAN AD LITEM

Celia M. Pew ("Ms. Pew") and Alexander E. Metcalf ("Mr. Metcalf," and with Ms. Pew, the "Debtors") filed a Chapter 13 Voluntary Petition on April 2, 2026 [ECF No. 1]. On September 25, 2026, the Debtors filed a Motion to Appoint Celia M. Pew as Limited Guardian Ad Litem of Alexander E. Metcalf for Purposes of this Case [ECF No. 33] (the "Motion"). The Motion explains that Mr. Metcalf suffers from long-standing health conditions, including worsening memory issues, which significantly impair his ability to prosecute this case. Accordingly, the Motion requests that Ms. Pew, Mr. Metcalf's wife, be appointed as guardian ad litem to assist with the prosecution of the Debtors' bankruptcy case. There has been no response to the Motion.

Upon consideration of the Motion, and the Court finding sufficient cause to grant the relief requested it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is granted, as set forth herein; and it is further

ORDERED, that Celia M. Pew is appointed as Mr. Metcalf's guardian ad litem solely for the purposes of prosecuting this bankruptcy case on Mr. Metcalf's behalf; and it is further

ORDERED, that Ms. Pew's appointment as Mr. Metcalf's guardian ad litem pursuant to this Order shall terminate upon the earliest of the time this bankruptcy case is closed, the time this bankruptcy case is dismissed, or the time the Debtors are granted a discharge; and it is further

ORDERED, that counsel to the Debtors is instructed to promptly provide a copy of this Order to Ms. Pew.

cc: Debtors – Celia M. Pew and Alexander E. Metcalf
Debtor's Counsel – Maurice Belmont VerStandig and Christianna Annette Cathcart
Chapter 13 Trustee – Rebecca A. Herr
Office of the United States Trustee
All creditors and parties in interest

**END OF ORDER**